IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BATTALINE, an individual, and, VINCENT ROSS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ADVEST, INC., corporation, <br><br> Defendant. | Civil Action No. 06-569 <br><br> Judge Gary L. Lancaster <br><br> Electronically Filed |

## STIPULATION AND [PROPOSED] ORDER TEMPORARILY TO STAY PROCEEDINGS

WHEREAS, Defendant Advest, Inc. ("Advest") has filed a motion to compel arbitration of the individual claims of Plaintiffs Mark Battaline and Vincent Ross, which motion is currently set for hearing on Friday, November 3, 2006;

WHEREAS, the parties have agreed to schedule a mediation in the hopes of resolving this matter;

WHEREAS, if the parties are successful in their efforts to resolve this matter, it may render unnecessary a decision by this Court on Advest's pending motion, and the parties respectfully submit that it would increase the chances of the parties resolving this matter if Defendant's pending motion to compel arbitration was not heard at the currently scheduled time;

WHEREAS, the parties have attempted in good faith to schedule the mediation for the earliest possible date, but due to (a) the need for pre-mediation discovery and preparation, (b) travel commitments during November and December on the part of counsel for Advest and the client representative who will attend the mediation on behalf of Advest, and (c) the availability of the mediator, the parties will not be able to proceed to mediation until in or around

1218214.1

January 2007, with a tentatively scheduled date of January 18, 2007; and

WHEREAS, if the parties are successful in their efforts to resolve this matter, it may avoid the unnecessary expenditure of resources by this Court and the parties in briefing and resolving class certification issues;

The parties through their counsel of record having stipulated to the entry of an order as follows, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The currently scheduled Class Discovery Cut-Off Date of December 22, 2006, and Class Certification Motion Filing Date of January 26, 2007, shall be vacated and all proceedings in this matter shall be temporarily stayed;

2. Advest's pending Motion to Compel Arbitration and to Stay Proceedings ("Motion to Compel") shall be taken off calendar without prejudice;

3. If the mediation is unsuccessful, the Court will conduct a telephone status conference on Friday, February 2, 2007 at 2 PM to reschedule the hearing on Advest's Motion to Compel and to set new Class Discovery Cut-Off and Class Certification Motion Filing Dates.

Dated: October 27, 2006                MUNGER, TOLLES & OLSON LLP

By:    /s/ Katherine M. Forster
Terry E. Sanchez
(Cal. State Bar No. 101318, *admitted pro hac vice*)
Katherine M. Forster
(Cal. State Bar No. 217609, *admitted pro hac vice*)
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100

1218214.12

Facsimile: (213) 687-3702
terry.sanchez@mto.com
katherine.forster@mto.com

Malcolm A. Heinicke
(Cal. State Bar No. 194174, *admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
malcolm.heinicke@mto.com

MORGAN LEWIS & BOCKIUS LLP
Christopher K. Ramsey (ID No. 63293)
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-3323
Facsimile: (412) 560-7001

Michael J. Ossip (ID No. 30912, *admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5761
Facsimile: (215) 963-5001

Attorneys for Defendant Advest, Inc.

Dated: October 27, 2006                 CARLSON LYNCH LTD

                                   By:    /s/ R. Bruce Carlson
                                          Gary F. Lynch (PA ID 56887)
                                          R. Bruce Carson (PA ID 56657)
                                          P.O. Box 7635
                                          36 North Jefferson Street
                                          New Castle, Pennsylvania 16107
                                          Telephone: (724) 656-1555

RICHARDSON, PATRICK, WESTBROOK
 & BRICKMAN, LLC
A. Hoyt Rowell, III
Daniel O. Myers
1037 Chuck Dawley Boulevard, Bldg. A
Mt. Pleasant, South Carolina  29464
Telephone:
Facsimile:

Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
The Honorable Gary Lancaster
United States District Judge

DATED: NOV. 1, 2006

1218214. 14