IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BATTALINE, an individual, and, VINCENT ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVEST, INC., corporation,<br><br>Defendant. | Civil Action No. 06-569<br><br>**Judge Gary L. Lancaster**<br>**Electronically Filed** |

### JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Parties to this matter, by and through their undersigned counsel, respectfully move this Court for an Order preliminary approving the terms of a proposed class action settlement; approving the form and method of providing notice of the settlement to the class; and scheduling a final hearing regarding the settlement. In support of this Motion, the Parties aver as follows:

1. After extensive arms-length negotiations facilitated by experienced labor and employment lawyer/mediator Mark Hornak, the Parties have reached a proposed settlement of this putative collective/class action. In or about late June of 2007, the Parties executed a Stipulation Re Settlement of Class Action ("Settlement Agreement" or "Settlement"), a copy of which is attached hereto as Exhibit A.

2. Pursuant to the terms of the Settlement Agreement, Plaintiff will file an Amended Complaint, which includes Plaintiffs' original claims under Pennsylvania state wage and hour law, but adds claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the state wage and hour laws of Connecticut, Florida, Massachusetts, New York and Ohio.

3. The terms of the proposed Settlement, the proposed form of notice to the class, and the proposed manner of disseminating notice to the class are set forth in detail in the Settlement

Agreement attached hereto.

    4. Consistent with the Memorandum of Law filed herewith, the Parties respectfully request that the Court sign the proposed Order preliminary approving the terms of a proposed class action settlement; approving the form and method of providing notice of the settlement to the class; and scheduling a final hearing regarding the settlement.

    WHEREFORE, the Parties respectfully request that the Court enter the proposed Order preliminarily approving the Settlement attached as Exhibit 1 to the Settlement Agreement.

Respectfully Submitted,

/s/ Gary F. Lynch
Gary F. Lynch, Esquire
PA56887
glynch@carlsonlynch.com

R. Bruce Carlson, Esquire
PA56657
bcarlson@carlsonlynch.com

CARLSON LYNCH LTD
P.O. Box 7635
36 N. Jefferson Street
New Castle, PA 16107
(724) 656-1555
(724)656-1555(f)

Attorneys for Plaintiffs

/s/ Katherine M. Forster
Katherine M. Forster, Esquire
Cal. SBN 217609
*admitted pro hac vice*
katherine.forster@mto.com

Terry E. Sanchez, Esquire
Cal. SBN 101318
*admitted pro hac vice*
terry.sanchez@mto.com

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Christopher K. Ramsey, Esquire
PA63293
cramsey@morganlewis.com

MORGAN LEWIS & BOCKIUS LLP
One Oxford Center, Thirty Second Floor
Pittsburgh, PA  15219-6401
Telephone:  (412) 560-3323
Facsimile:  (412) 560-7001

Michael J. Ossip, Esquire
PA30912
mossip@morganlewis.com

MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-5761
Facsimile:  (215) 963-5001

Attorneys for Defendant Advest, Inc.