# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BATTALINE, an individual, and, VINCENT ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVEST, INC., corporation,<br><br>Defendant. | Civil Action No. 06-569<br><br>Judge Gary L. Lancaster<br><br>**STIPULATION AND ▓▓▓ ORDER TO CONTINUE FINAL APPROVAL PROCEEDINGS**<br><br>**FILED ELECTRONICALLY**<br><br>[Joint Status Report filed concurrently herewith] |

WHEREAS, the parties' joint motion for final approval of class action settlement in this matter is currently scheduled to be filed with the Court on June 30, 2008;

WHEREAS, the final fairness hearing regarding the settlement is currently set for July 7, 2008;

WHEREAS, after notice of the settlement was originally mailed to the class, additional class members were identified as set forth in the accompanying Status Report;

WHEREAS, the newly identified class members need to be sent notice of the settlement and given a chance to submit claims or otherwise respond to the notice; and

WHEREAS, the process of notifying the new class members of the settlement will require a continuance of the currently scheduled final approval briefing and hearing dates;

NOW, THEREFORE,

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record, as follows:

1. Notice of the settlement shall be mailed to the newly identified class members on or before July 7, 2008;

1

2. The new class members shall have until August 21, 2008, to respond to the notice, by which date their response(s) must be postmarked in order to be timely;

3. The response deadline shall remain June 23, 2008, for all class members who were sent notices in the original mailing;

4. The parties shall submit their joint motion for final approval of the settlement to the Court on or before September 5, 2008;

5. The final fairness hearing shall be continued to September 15, 2008, at 9:30 a.m.; and

6. The parties shall instruct the claims administrator to mail notice of the change in the final fairness hearing date to any class member who submits a notice of intent to appear or an objection to the settlement.

Dated: June 24, 2008            MUNGER, TOLLES & OLSON LLP
                          By:
                                /s/ Terry E. Sanchez
                                Terry E. Sanchez
                                (Cal. State Bar No. 101318, *admitted pro hac vice*)
                                Katherine M. Forster
                                (Cal. State Bar No. 217609, *admitted pro hac vice*)
                                355 South Grand Avenue, Thirty-Fifth Floor
                                Los Angeles, CA 90071-1560
                                Telephone: (213) 683-9100
                                Facsimile: (213) 687-3702
                                terry.sanchez@mto.com
                                katherine.forster@mto.com

                                MORGAN LEWIS & BOCKIUS LLP
                                Christopher K. Ramsey (ID No. 63293)
                                One Oxford Centre, Thirty-Second Floor
                                Pittsburgh, PA 15219-6401
                                Telephone: (412) 560-3323
                                Facsimile: (412) 560-7001

2

Michael J. Ossip (ID No. 30912, *admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103
Telephone: (215) 963-5761
Facsimile: (215) 963-5001

Attorneys for Defendant Advest, Inc.

Dated: June 24, 2008      CARLSON LYNCH LTD

By:    /s/ Gary F. Lynch
Gary F. Lynch (PA ID 56887)
R. Bruce Carson (PA ID 56657)
P.O. Box 7635
36 North Jefferson Street
New Castle, Pennsylvania 16107
Telephone: (724) 656-1555

Attorneys for Plaintiffs

## ▬▬▬ ORDER

Good cause appearing therefor, IT IS SO ORDERED.

Dated: 6/30/08

Hon. Gary L. Lancaster
United States District Judge

3