IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BATTALINE, an individual, and, VINCENT ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVEST, INC., corporation,<br><br>Defendant. | Civil Action No. 06-569<br><br>**Judge Gary L. Lancaster**<br>**Electronically Filed** |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Consistent with the Memorandum of Law filed concurrently herewith, the Parties jointly request that the Court enter the Proposed Order and Proposed Judgment granting final approval of the Proposed Class Action Settlement Agreement.

Dated: September 5, 2008

By:

MUNGER, TOLLES & OLSON LLP

/s/ Katherine M. Forster
Terry E. Sanchez
(Cal. State Bar No. 101318, *admitted pro hac vice*)
Katherine M. Forster
(Cal. State Bar No. 217609, *admitted pro hac vice*)
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
terry.sanchez@mto.com
katherine.forster@mto.com

MORGAN LEWIS & BOCKIUS LLP
Christopher K. Ramsey (ID No. 63293)
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA  15219-6401
Telephone: (412) 560-3323
Facsimile: (412) 560-7001

        Michael J. Ossip  (ID No. 30912, *admitted pro hac vice*)
        Morgan, Lewis & Bockius LLP
        1701 Market St.
        Philadelphia, PA 19103
        Telephone: (215) 963-5761
        Facsimile: (215) 963-5001

        Attorneys for Defendant Advest, Inc.

Dated:  September 5, 2008        CARLSON LYNCH LTD

        By:  /s/ Gary F. Lynch
             Gary F. Lynch (PA ID 56887)
             R. Bruce Carson (PA ID 56657)
             P.O. Box 7635
             36 North Jefferson Street
             New Castle, Pennsylvania  16107
             Telephone:  (724) 656-1555

        Attorneys for Plaintiffs