IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BATTALINE, an individual, and, VINCENT ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVEST, INC., corporation,<br><br>Defendant. | Civil Action No. 06-569<br>**Judge Gary L. Lancaster**<br>**Electronically Filed** |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Stipulation Re: Settlement of Class Action ("Stipulation") and all other materials properly before the Court and having conducted an inquiry pursuant to Section 216(b) of the Fair Labor Standards Act and Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Stipulation was entered by all parties in good faith, and the Stipulation is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Stipulation. Advest, itself or through the Claims Administrator, shall make the payments to the Participating Claimants, Class Representatives and Class Counsel as provided for in the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/16/08

The Honorable Gary L. Lancaster
United States District Court Judge

5922282.1