# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BATTALINE, an individual, and, VINCENT ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVEST, INC., corporation,<br><br>Defendant. | Civil Action No. 06-569<br><br>Judge Gary L. Lancaster<br><br>~~[REDACTED]~~ ORDER STAYING EXECUTION OF JUDGMENT<br><br>[ Joint Request to Stay Execution of Judgment filed concurrently herewith] |

Having considered the parties' Joint Request to Stay Execution of Judgment ("Request") and all other materials properly before the Court, and good cause appearing therefor, IT IS HEREBY ORDERED that the execution of the judgment in this matter will be stayed pending Defendant's sending of notice to federal and state officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, and the subsequent expiration of the 90-day CAFA notice period. Defendant Advest, Inc., shall promptly file a declaration with this Court certifying that the CAFA notices have been sent. Unless an objection from a federal or state official is received prior to the expiration of the 90-day period following the date that the notices are sent, this Court's Judgment in this matter, which was originally entered on September 16, 2008, shall become effective automatically at the end of the 90-day period without further action by the parties or this Court. IT IS SO ORDERED.

DATED: 10/1/08

_____
The Honorable Gary L. Lancaster
United States District Court Judge