GARY LYNCH
**CARLSON LYNCH, LTD.**
36 N. Jefferson Street
New Castle, PA 16107
Telephone: (724) 656-1555
Facsimile: (724) 656-1556

**Attorneys for Plaintiffs**

KATHERINE M. FORSTER
**MUNGER, TOLLES & OLSON**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARK BATTALINE and VINCENT ROSS, individually and on behalf of themselves and others similarly situated<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ADVEST, INC.,<br><br>　　　　　Defendant. | Civil Action No. 06-569 |

**DECLARATION OF SERVICE OF CAFA NOTICE**

I, Jonathan D. Paul, declare as follows:

I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is 612-359-2088. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

On October 1, 2008, Rust served upon the Appropriate State Entities listed below, the following documents:

1. A copy of the Class Action Complaint filed on April 28, 2006 and the First Amended Collective and Class Action Complaint filed in the above-captioned matter filed on July 10, 2007, which is the current complaint in this litigation, and the Stipulation permitting the filing of the First Amended Complaint;

2. The parties' motion for preliminary approval and supporting papers, filed on July 5, 2007; which include the Stipulation re: Settlement of Class and Collective Actions;

3. The Court's request for supplemental briefing dated October 2, 2007;

4. The parties' supplemental briefing, filed on October 22, 2007;

5. The Court's minute entry, entered on January 8, 2008, for hearing on class action certification and settlement held on January 7, 2008;

6. Notices of Supplemental Authority filed on January 9, 2008; February 27, 2008; March 5, 2008; and March 6, 2008;

7. Response submitted January 9, 2008, regarding settlement response options by state;

8. Memorandum and Order granting in part and denying in part the parties' Joint Motion for Preliminary Approval of Class Action Settlement, dated March 20, 2008;

9. Notice of filing of Revised Proposed Notice, filed April 4, 2008;

10. Order re Proposed Notice Plan and Class Mail Notice and setting final approval hearing, dated April 8, 2008;

11. The parties' report to the Court regarding additional Class Members, filed on June 24, 2008;

12. The Court's order approving the parties' plan to address the issue of notice to the

additional Class Members, dated June 30, 2008;

13. A list of the names by state of each Class Member, including his or her number of Qualifying Work Months and proportionate share of the claims of the Class Members by state under the proposed settlement;

14. The parties' joint motion for final approval and supporting papers, filed September 5, 2008;

15. The Court's minute entry for hearing to approve class action settlement entered on September 15, 2008;

16. The Court's order for joint motion for final approval and judgment, entered on September 16, 2008;

17. The parties' joint request to stay the effectiveness of the judgment in order to allow compliance with CAFA, filed September 30, 2008; and

18. The Court's order approving the parties' plan to ensure CAFA compliance, entered on October 1, 2008.

The documents above were copied on to a CD ROM along with other information pertinent to the settlement and sent to the following State entities:

| | |
|---|---|
| HON. TERRY GODDARD<br>ARIZONA OFFICE OF THE ATTORNEY GENERAL<br>1275 WEST WASHINGTON STREET<br>PHOENIX AZ 85007 | HON. EDMUND G BROWN<br>CALIFORNIA ATTORNEY GENERAL<br>1300 I ST, SUITE 1740<br>SACRAMENTO, CA 95814 |
| HON. JOHN SUTHERS<br>COLORADO OFFICE OF THE ATTORNEY GENERAL<br>1525 SHERMAN ST. 5TH FLOOR<br>DENVER, CO 80203 | HON. RICHARD BLUMENTHAL<br>CONNECTICUT OFFICE OF THE ATTORNEY GENERAL<br>55 ELM STREET<br>HARTFORD, CT 06141 |
| HON. BILL MCCOLLUM<br>FLORIDA OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL PL-01<br>TALLAHASSEE, FL 32399 | HON. LISA MADIGAN<br>ILLINOIS OFFICE OF THE ATTORNEY GENERAL<br>100 WEST RANDOLPH STREET STE 12<br>JAMES R THOMPSON CTR<br>CHICAGO, IL 60601 |

| | |
|---|---|
| HON. JACK CONWAY<br>KENTUCKY OFFICE OF THE ATTORNEY GENERAL<br>700 CAPITOL AVE - CAPITOL BUILDING STE 118<br>FRANKFORT, KY 40601 | HON. MARTHA COAKLEY<br>MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL<br>1 ASHBURTON PLACE<br>BOSTON, MA 02108 |
| HON. DOUGLAS F. GANSLER<br>MARYLAND OFFICE OF THE ATTORNEY GENERAL<br>200 ST. PAUL PLACE<br>BALTIMORE, MD 21202 | HON. G. STEVEN ROWE<br>MAINE OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333 |
| HON. ROY COOPER<br>NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL<br>DEPT. OF JUSTICE P.O. BOX 629<br>RALEIGH, NC 27602 | HON. KELLY A. AYOTTE<br>NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL<br>33 CAPITOL STREET<br>CONCORD, NH 03301 |
| HON. ANNE MILGRAM<br>NEW JERSEY OFFICE OF THE ATTORNEY GENERAL<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST CN 080<br>TRENTON, NJ 08625 | HON. ANDREW CUOMO<br>NEW YORK OFFICE OF THE ATTORNEY GENERAL<br>DEPT OF LAW - THE CAPITOL, 2ND FL<br>ALBANY, NY 12224 |
| HON. NANCY ROGERS<br>OHIO OFFICE OF THE ATTORNEY GENERAL<br>STATE OFFICE TOWER 30 E. BROAD ST.<br>COLUMBUS, OH 43266 | HON. TOM CORBETT<br>PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL<br>1600 STAWBERRY SQ<br>HARRISBURG, PA 17120 |
| HON. PATRICK C. LYNCH<br>RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | HON. MARK L. SHURTLEFF<br>UTAH OFFICE OF THE ATTORNEY GENERAL<br>STATE CAPITOL, RM. 236<br>SALT LAKE CITY, UT 84114 |
| HON. BOB MCDONNELL<br>VIRGINIA OFFICE OF THE ATTORNEY GENERAL<br>900 EAST MAIN STREET<br>RICHMOND, VA 23219 | HON. WILLIAM H. SORRELL<br>VERMONT OFFICE OF THE ATTORNEY GENERAL<br>109 STATE STREET<br>MONTPELIER, VT 05609 |
| JAMES SALKELD<br>DIRECTOR DEPARTMENT OF LABOR<br>10421 W. MARKHAM<br>LITTLE ROCK, AR 72205 | VICTORIA BRADSHAW<br>DIRECTOR LABOR AND AND WORKFORCE DEVELOPMENT AGENCY<br>445 GOLDEN GATE AVE., 10TH FL<br>SAN FRANCISCO, CA 94102 |

| | |
|---|---|
| DONALD J. MARES<br>EXECUTIVE DIRECTOR DEPARTMENT OF LABOR AND EMPLOYMENT<br>633 17TH ST., 2ND FL<br>DENVER, CO 80202-3660 | PATRICIA H. MAYFIELD<br>COMMISSIONER DEPARTMENT OF LABOR<br>200 FOLLY BROOK BLVD.<br>WETHERSFIELD, CT 06109-1114 |
| MONESIA T. BROWN<br>DIRECTOR AGENCY FOR WORKFORCE INNOVATION<br>CALDWELL BLDG., SUITE 100 107 EAST MADISON ST.<br>TALLAHASSEE, FL 32399-4120 | CATHERINE M. SHANNON<br>DIRECTOR DEPARTMENT OF LABOR<br>160 N. LASALLE STREET 13TH FL, SUITE C-1300<br>CHICAGO, IL 60601 |
| PHILIP ANDERSON<br>COMMISSIONER DEPARTMENT OF LABOR<br>1047 U.S. HWY 127 SOUTH, SUITE 4<br>FRANKFORT, KY 40601-4381 | LAURA FORTMAN<br>COMMISSIONER DEPARTMENT OF LABOR<br>45 COMMERCE STREET<br>AUGUSTA, ME 4332 |
| TOM PEREZ<br>SECRETARY DEPARTMENT OF LABOR AND INDUSTRY<br>500 N. CALVERT STREET, SUITE 401<br>BALTIMORE, MD 21202 | GEORGE NOEL<br>DIRECTOR OF LABOR & WORK FORCE DEVELOPMENT<br>1 ASHBURTON PLACE, RM 2112<br>BOSTON, MA 02108 |
| GEORGE N. COPADIS<br>COMMISSIONER DEPARTMENT OF LABOR<br>95 PLEASANT STREET<br>CONCORD, NH 03301 | DAVID SOCOLOW<br>COMMISSIONER DEPARTMENT OF LABOR<br>13TH FLOOR, SUITE D P.O. BOX 110<br>TRENTON, NJ 08625-0110 |
| M. PATRICIA SMITH<br>COMMISSIONER DEPARTMENT OF LABOR<br>STATE OFFICE, BLDG 12, W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12240-0003 | CHERIE K. BERRY<br>COMMISSIONER DEPARTMENT OF LABOR<br>4 WEST EDENTON STREET<br>RALEIGH, NC 27601-1092 |
| KIMBERLY A. ZURZ<br>DIRECTOR DEPARTMENT OF COMMERCE<br>77 S. HIGH ST., 22ND FL<br>COLUMBUS, OH 43215 | STEPHEN M. SCHMERIN<br>DIRECTOR DEPARTMENT OF LABOR & INDUSTRY<br>1700 LABOR AND INDUSTRY BLDG. 7TH AND FORSTER ST.<br>HARRISBURG, PA 17120 |
| ADELITA S. OREFICE<br>DIRECTOR DEPARTMENT OF LABOR & TRAINING<br>1511 PONTIAC AVENUE<br>CRANSTON, RI 02920 | SHERRIE HAYASHI<br>COMMISSIONER UTAH LABOR COMMISSION<br>P.O. BOX 146610<br>SALT LAKE CITY, UT 84114-6610 |

| | |
|---|---|
| PATRICIA MOULTON POWDEN COMMISSIONER DEPARTMENT OF LABOR 5 GREEN MOUNTAIN DRIVE P.O. BOX 488 MONTPELIER, VT 05602-0488 | C. RAY DAVENPORT COMMISSIONER DEPARTMENT OF LABOR AND INDUSTRY POWERS-TAYLOR BUILDING 13 S. 13TH ST. RICHMOND, VA 23219 |

The settling parties have agreed that a notice containing the above information shall be sufficient to satisfy the terms of 28 U.S.C. § 1715.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed this 3rd day of October 2008, at Minneapolis, MN.

*Jonathan D. Paul*